IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHEEM WILLIS,<br>　　　　Petitioner | : | NO. 2:07-cv-2302 |
| VS. | : | |
| MARILYN S. BROOKS,<br>SUPERINTENDENT,<br>　　　AND<br>THE DISTRICT ATTORNEY OF<br>THE COUNTY OF PHILADELPHIA,<br>　　　AND<br>THE ATTORNEY GENERAL OF<br>THE STATE OF PENNSYLVANIA,<br>　　　　Respondents | : | |

**ORDER**

MICHAEL M. BAYLSON, J.

AND NOW, this 14th day of November, 2007, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

MICHAEL M. BAYLSON, J.

mail
cc: Glebe
　　Willis